**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                           CASE NO.: 23-11881-BKC-RAM
                                                                                         PROCEEDING UNDER CHAPTER 13

KIRK WADE

DEBTOR                                      /

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$4,269.69** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

    **WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _____04-15-2024_____            _____
                                                                    NANCY K. NEIDICH, ESQUIRE
                                                                    STANDING CHAPTER 13 TRUSTEE
                                                                    P.O. BOX 279806
                                                                    MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

KIRK WADE                                               KIRK WADE
10320 NW 2ND AVE                             10320 NW 2ND AVE
MIAMI SHORES, FL 33150               MIAMI SHORES, FL 33150

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 23-11881-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 23-11881-BKC-RAM

| Claimant | Amount |
|---|---|
| KIRK WADE<br>10320 NW 2ND AVE<br>MIAMI SHORES, FL  33150 | $4,269.69 |